JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVELYN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-03735-FWS-MAR<br><br>JUDGMENT |

  Pursuant to the Court's Order **GRANTING** Defendant United States of America's Motion for Summary Judgement (Dkt. 62),

  The Clerk shall enter judgment for Defendant United States of America on each of Plaintiffs' Claims.

  **IT IS SO ORDERED**

Date: November 17, 202

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE